UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-CV-21956-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TANYIKA N. HARPER,

    Defendant.
_____/

## STATUS REPORT

In compliance with this Court's Order requiring the Plaintiff to file a Status Report regarding Plaintiff's efforts to serve the Defendant, Plaintiff files this status report and states as follows:

1.    On May 25, 2017, Plaintiff filed its Complaint in the Southern District of Florida against the Defendant, Tanyika N. Harper.

2.    On June 03, 2017, the Process Server first attempted to serve the Defendant with the Complaint at: 6960 NW 4th Avenue, Apt. 3, Miami, FL 33150, but was not able to make contact.

3.    On June 13, 2017, the Process Server continued its attempts at serving the Defendant at: 6960 NW 4th Avenue, Apt. 3, Miami, FL 33150, but the current resident advised that the Defendant does not live there. However, the county's property appraiser website indicates that the Defendant is a co-owner of the property and is claiming a homestead exemption on the property.

4.  On June 16, 2017, Plaintiff instructed the Process Server to continue its attempts at serving the Defendant at: 6960 NW 4th Avenue, Apt. 3, Miami, FL 33150.

Dated: June 16, 2017
Miami, Florida

Respectfully submitted,

_/s/_

Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

ACTIVE: 9853308_1